**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

|  |  |
|---|---|
| **SHIRLEY JOHNSON**, *et al*. | * |
|  | * |
| *Plaintiffs* | * |
|  | * |
| **v.** | *   Civil Action No. 1:18-cv-02375-ELH |
|  | * |
| **BALTIMORE POLICE** | * |
| **DEPARTMENT,** *et al*. | * |
|  | * |
| *Defendants* | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

<u>**MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**</u>

Plaintiffs Shirley Johnson, Personal Representative of the Estate of Elbert Davis, Sr., Shirley Johnson, Personal Representative of the Estate of Phosa Cain, Shirley Johnson, Individually, as daughter of Elbert Davis, Sr., Delores A. Davis, Individually, as daughter of Elbert Davis, Sr., Mary A. Cox, Individually, as daughter of Elbert Davis, Sr., Gloria A. Davis, Individually, as daughter of Elbert Davis, Sr., Albert Cain, Individually, as son of Elbert Davis, Sr., Elbert Davis, Jr., Individually, as son of Elbert Davis, Sr., Anita Cain, Administrator of the Estate of Arthur Cain, son of Elbert Davis, Sr., ("Plaintiffs") by their undersigned attorneys, pursuant to Federal Rule of Civil Procedure 15 and Local Rule 103(6)(d), submit this Motion for Leave to file Second Amended Complaint and in support thereof states as follows:

Pursuant to USCS Fed Rules Civ Proc R 15(a)(2), "the court should freely give leave when justice so requires."

1.      Plaintiffs seek leave of Court to file a Second Amended Complaint adding four

Defendants, Richard Willard, William Knoerlein, Michael Fries and Keith Gladstone and amending the allegations of the Amended Complaint.  A clean copy of Plaintiffs' Second Amended Complaint is attached hereto as **Exhibit A**.  A comparison copy of Plaintiffs' Second Amended Complaint is attached hereto as **Exhibit B**.

2.      Plaintiffs requested the consent of Defendants to file the Second Amended Complaint pursuant to Local Rule 103(6)(6).

3.      Counsel for Defendant Wayne Jenkins consents to Plaintiffs' filing of the Second Amended Complaint.

4.      Counsel for Defendants Baltimore Police Department and Dean Palmere does not consent to Plaintiffs' filing of the Second Amended Complaint.

5.      Counsel for Defendant Ryan Guinn does not consent to Plaintiffs' filing of the Second Amended Complaint.

6.      Plaintiffs request for leave to file a Second Amended Complaint is made before the onset of discovery and without undue prejudice to the parties.

7.      The interests of justice will be served by permitting the Plaintiffs to file to Second Amended Complaint.

WHEREFORE, for good cause shown, Plaintiffs respectfully request this Court to grant Plaintiffs' Motion for Leave to File Second Amended Complaint.

Respectfully submitted,

_____/s/_____

Jonathan A. Azrael (Bar No. 01630)
jazrael@azraelfranz.com
Judson Lipowitz (Bar No. 05138)
jlipowitz@azraelfranz.com
John R. Solter, Jr. (Bar No. 27483)
jsolter@azraelfranz.com
Azrael, Franz, Schwab, Lipowitz & Solter, LLC
101 E. Chesapeake Avenue, 5th Floor
Baltimore, Maryland 21286
410-821-6800
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of April 2019, a copy of the foregoing Consent Motion for Leave to File Second Amended Complaint was served on all parties of record via the court's electronic filing system.

_____/s/_____

John R. Solter, Jr.