# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
### Northern Division

**Shirley Johnson,** *et al.*  \*

        **Plaintiffs,**  \*

v.

        \*  Civil No.: 1:18-cv-02375-ELH

**Baltimore City Police Department,** *et al.*

        \*

        **Defendants.**  \*

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## OPPOSITION TO MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

Defendants Baltimore Police Department ("BPD") and former Deputy Police Commissioner Dean Palmere ("Palmere"), by and through their undersigned counsel, hereby file this Opposition to Plaintiffs' Motion for Leave to File Second Amended Complaint. ECF No. 37. In support thereof, Defendants state as follows:

1. Plaintiffs filed their Complaint on August 2, 2018. ECF No. 1.  Plaintiffs filed an Amended Complaint on October 3, 2018. ECF No. 9.

2. On October 22, 2018, Defendants BPD and Palmere filed a Motion to Dismiss the Amended Complaint, which is currently pending before this Court. ECF No. 14. On March 18, 2019, Defendant Wayne Jenkins filed a Motion to Dismiss. ECF No. 31. On March 22, 2019, Defendant Ryan Guinn filed a Motion to Dismiss. ECF No. 33.

3. On December 5, 2018, Plaintiffs filed Oppositions to Defendants' Motions to Dismiss.  ECF No. 19.

4. On December 27, 2018, Defendants BPD and Palmere filed a Reply in Support of its Motion to Dismiss.  ECF No. 22.

5. The Motion to Dismiss filed on behalf of Defendants BPD and Palmere, the Opposition, and Reply to Opposition, contain complex arguments relating to the statute of limitations. In particular, Defendants argue that all of Plaintiffs' claims are time barred. *See* ECF Nos. 14, 19, and 22.

4. At this juncture, because motions are pending, a Second Amended Complaint is premature and consideration of it would be a waste of judicial resources.

WHEREFORE, Defendants request that this Honorable Court deny Plaintiff's Motion for Leave to File Second Amended Complaint.

Respectfully submitted,

Andre M. Davis (362)
City Solicitor

_____/s/_____
Kara K. Lynch (29351)
Justin Conroy (28480)
Chief Solicitors
Baltimore City Law Department
Office of Legal Affairs
100 N. Holliday Street, Room 101
Baltimore, Maryland 21202
Telephone: (410) 396-2496
Facsimile:  (410) 396-2126
E-mail: kara.lynch@baltimorepolice.org

*Attorneys for Defendants BPD and former Deputy Commissioner Dean Palmere*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of May 2019, a copy of the foregoing Opposition to Motion for Leave to File Second Amended Complaint was forwarded to all counsel of record via the United States District Court electronic filing system

        _____/s/_____
Kara K. Lynch (29351)