IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **SHIRLEY JOHNSON,** *et al.*, | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Civil Case No. SAG-18-2375 |
| | * | |
| **BALTIMORE POLICE DEPARTMENT,** *et al.*, | * | |
| | * | |
| | * | |
| Defendants. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is, this 7th day of April, 2020, hereby ORDERED that Defendants' Motions to Dismiss, ECF 63, 65, and 66 are **GRANTED IN PART** and **DENIED IN PART**, as follows:

(1) The claims asserted by Plaintiffs Shirley Johnson (in her individual capacity), Delores Davis, Mary Cox, Gloria Davis, Albert Cain, Elbert Davis, Jr., Anita Cain, the Use of Gail Davis, the Use of Leroy Davis, and the Use of Elbert Lee Davis (collectively, "Decedent's Children") in Count II of the Third Amended Complaint, ECF 57, are **DISMISSED WITH PREJUDICE**;

(2) The claims asserted by Decedent's Children in Count III of the Third Amended Complaint are **DISMISSED WITH PREJUDICE**;

(3) To the extent that Count III of the Third Amended Complaint asserts that the BPD is liable under *Monell* pursuant to the affirmative decisions of an official with final policymaking authority, or pursuant to a failure to train, those claims are **DISMISSED WITHOUT PREJUDICE**;

(4)      Pursuant to Plaintiffs' concession, Count VI of the Third Amended Complaint is

**DISMISSED WITH PREJUDICE**; and

(5)      In all other respects, the Motions to Dismiss are **DENIED**.

/s/
Stephanie A. Gallagher
United States District Judge