UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
DEBORAH L. BOARDMAN
UNITED STATES MAGISTRATE JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
Telephone (410) 962-7810
Fax (410) 962-2577
MDD_DLBChambers@mdd.uscourts.gov

September 24, 2020

ORDER RESCHEDULING SETTLEMENT CONFERENCE

RE: *Shirley Johnson, Personal Representative of the Estate of Elbert Davis, Sr., et al. v. Baltimore City Police Department, et al.*
Civil No.: SAG-18-2375

Dear Counsel:

Please be advised that the settlement conference in this case has been rescheduled to Thursday, October 29, 2020. It will start at 9:00 a.m. and will be conducted virtually through the Zoom for Government video conferencing platform. A Zoom link will be circulated by my chambers a few days before the settlement conference.

Please note that all directions and guidance contained in my September 18, 2020 Order apply. ECF No. 97. Your *ex parte* letters are due by October 15, 2020.

I look forward to seeing you on October 29, 2020.

Very truly yours,

/s/

Deborah L. Boardman
United States Magistrate Judge

cc: Judge Stephanie A. Gallagher