# EXHIBIT B

Circuit Court of Maryland

[Go Back Now]

**Case Information**

Court System: **Circuit Court for Baltimore City - Civil System**
Case Number: **24C13002083**
Title: **Shirley Johnson, Et Al Vs UMAR BURLEY (DOC ID562249) Etal**
Case Type: **Motor Tort**   Filing Date: **04/11/2013**
Case Status: **Open/Inactive**

**Plaintiff/Petitioner Information**

*(Each Plaintiff/Petitioner is displayed below)*

Party Type: **Plaintiff**   Party No.: **5**
Name: **Davis, Leroy**
Address: **3601 Oakmont Avenue**
City:     **Baltimore**   State: **MD**   Zip Code: **21215**

*Attorney(s) for the Plaintiff/Petitioner*

Name:     **Azrael, Esq, Jonathan A**
Appearance Date: **04/15/2013**
Practice Name:   **Azrael, Franz, Schwab & Lipowitz, LLC**
Address:     **101 East Chesapeake Ave**
            **5th Floor**
City:     **Towson**   State: **MD**   Zip Code: **21286**

Party Type: **Plaintiff**   Party No.: **1**
Name: **Johnson, Shirley**
Address: **8404 Downey Dale Drive**
City:     **Randallstown**   State: **MD**   Zip Code: **21133**

*Attorney(s) for the Plaintiff/Petitioner*

Name:     **Azrael, Esq, Jonathan A**
Appearance Date: **04/15/2013**
Practice Name:   **Azrael, Franz, Schwab & Lipowitz, LLC**
Address:     **101 East Chesapeake Ave**
            **5th Floor**
City:     **Towson**   State: **MD**   Zip Code: **21286**

Party Type: **Plaintiff**   Party No.: **3**
Name: **Cox, Mary Alice**
Address: **36 Championship Court**
City:     **Owings Mills**   State: **MD**   Zip Code: **21117**

*Attorney(s) for the Plaintiff/Petitioner*

Name:     **Azrael, Esq, Jonathan A**
Appearance Date: **04/15/2013**
Practice Name:   **Azrael, Franz, Schwab & Lipowitz, LLC**
Address:     **101 East Chesapeake Ave**
            **5th Floor**
City:     **Towson**   State: **MD**   Zip Code: **21286**

Party Type: **Plaintiff**   Party No.: **4**
Name: **Davis, Gloria A**
Address: **8408 Downey Dale Drive**
City:     **Randallstown**   State: **MD**   Zip Code: **21133**

*Attorney(s) for the Plaintiff/Petitioner*

| | |
|---|---|
| Name: | **Azrael, Esq, Jonathan A** |
| Appearance Date: | **04/15/2013** |
| Practice Name: | **Azrael, Franz, Schwab & Lipowitz, LLC** |
| Address: | **101 East Chesapeake Ave** |
| | **5th Floor** |
| City: | **Towson**   State: **MD**   Zip Code: **21286** |

Party Type: **Plaintiff**   Party No.: **6**
Name: **Davis, Sr, Elbert Lee**
Address: **8103 Carlson Lane**
City:   **Baltimore**   State: **MD**   Zip Code: **21244**

*Attorney(s) for the Plaintiff/Petitioner*

| | |
|---|---|
| Name: | **Azrael, Esq, Jonathan A** |
| Appearance Date: | **04/15/2013** |
| Practice Name: | **Azrael, Franz, Schwab & Lipowitz, LLC** |
| Address: | **101 East Chesapeake Ave** |
| | **5th Floor** |
| City: | **Towson**   State: **MD**   Zip Code: **21286** |

Party Type: **Plaintiff**   Party No.: **7**
Name: **Cain, Arthur**
Address: **12 Jones Street**
City:   **Boydton**   State: **VA**   Zip Code: **23917**

*Attorney(s) for the Plaintiff/Petitioner*

| | |
|---|---|
| Name: | **Azrael, Esq, Jonathan A** |
| Appearance Date: | **04/15/2013** |
| Practice Name: | **Azrael, Franz, Schwab & Lipowitz, LLC** |
| Address: | **101 East Chesapeake Ave** |
| | **5th Floor** |
| City: | **Towson**   State: **MD**   Zip Code: **21286** |

Party Type: **Plaintiff**   Party No.: **8**
Name: **Cain, Albert**
Address: **8408 Downey Dale Drive**
City:   **Randallstown**   State: **MD**   Zip Code: **21133**

*Attorney(s) for the Plaintiff/Petitioner*

| | |
|---|---|
| Name: | **Azrael, Esq, Jonathan A** |
| Appearance Date: | **04/15/2013** |
| Practice Name: | **Azrael, Franz, Schwab & Lipowitz, LLC** |
| Address: | **101 East Chesapeake Ave** |
| | **5th Floor** |
| City: | **Towson**   State: **MD**   Zip Code: **21286** |

Party Type: **Plaintiff**   Party No.: **9**
Name: **Davis, Jr, Elbert**
Address: **K8408 Downey Dale Drive**
City:   **Randallstown**   State: **MD**   Zip Code: **21133**

*Attorney(s) for the Plaintiff/Petitioner*

| | |
|---|---|
| Name: | **Azrael, Esq, Jonathan A** |
| Appearance Date: | **04/15/2013** |
| Practice Name: | **Azrael, Franz, Schwab & Lipowitz, LLC** |
| Address: | **101 East Chesapeake Ave** |
| | **5th Floor** |

| | |
|---|---|
| City: | **Towson** State: **MD** Zip Code: **21286** |

Party Type: **Plaintiff** Party No.: **10**
Business or Organization Name: **To The Use Of Gail S. Davis**
Address: **9304 Owings Choice Court**
City:     **Owings Mills** State: **MD** Zip Code: **21117**

*Attorney(s) for the Plaintiff/Petitioner*

Name:     **Azrael, Esq, Jonathan A**
Appearance Date: **04/15/2013**
Practice Name:     **Azrael, Franz, Schwab & Lipowitz, LLC**
Address:     **101 East Chesapeake Ave**
             **5th Floor**
City:     **Towson** State: **MD** Zip Code: **21286**

Party Type: **Plaintiff** Party No.: **2**
Name: **Davis, Delores**
Address: **3601 Oakmont Avenue**
City:     **Baltimore** State: **MD** Zip Code: **21215**

*Attorney(s) for the Plaintiff/Petitioner*

Name:     **Azrael, Esq, Jonathan A**
Appearance Date: **04/15/2013**
Practice Name:     **Azrael, Franz, Schwab & Lipowitz, LLC**
Address:     **101 East Chesapeake Ave**
             **5th Floor**
City:     **Towson** State: **MD** Zip Code: **21286**

**Defendant/Respondent Information**

   *(Each Defendant/Respondent is displayed below)*

Party Type: **Defendant** Party No.: **2**
Business or Organization Name: **Nationwide Mutual Insurance Company**
Address: **200 St. Paul Place, Ste 2700**
City:     **Baltimore** State: **MD** Zip Code: **21202**

*Attorney(s) for the Defendant/Respondent*

Name:     **Grant, Esq, Alex M**
Appearance Date: **06/03/2013**
Practice Name:
Address:     **1302 ConCourse Drive**
             **Suite 300**
City:     **Linthicum Heights** State: **MD** Zip Code: **21090**

Party Type: **Defendant** Party No.: **1**
Name: **BURLEY, UMAR (doc Id 562249)**
Address: **Division Of Correction**
City:     **Baltimore** State: **MD** Zip Code: **21215**
Address: **C/O Steven D. Silverman, Esq.**
City:     **Baltimore** State: **MD** Zip Code: **21201**
Address: **1722 Aberdeen Road, Apt. 2**
City:     **Baltimore** State: **MD** Zip Code: **21234**

*Aliases Defendant/Respondent*

Name: **Omar Burley Western Correctional Institution**

*Attorney(s) for the Defendant/Respondent*

Name:     **Sinclair, Esq, William N**

| | |
|---|---|
| Appearance Date: | 07/29/2019 |
| Practice Name: | Silverman Thompson Slutkin & White LLC |
| Address: | 201 N. Charles Street |
| | Suite 2600 |
| City: | Baltimore   State: MD   Zip Code: 21201 |
| Name: | Silverman, Esq, Steven |
| Appearance Date: | 07/29/2019 |
| Practice Name: | Silverman, Thompson, Slutkin, White LLC |
| Address: | 201 N. Charles Street |
| | Suite 2600 |
| City: | Baltimore   State: MD   Zip Code: 21201 |

**Court Scheduling Information**

Event Type: **Pre-Trial Conference**   Notice Date: **07/16/2013**
Event Date: **12/10/2013**   Event Time: **10:30 AM**
Result:   **Cancelled/Vacated**   Result Date: **01/10/2014**

Event Type: **Civil Trial**   Notice Date:
Event Date: **01/14/2014**   Event Time: **09:30 AM**
Result:   **Held/Concluded**   Result Date: **01/27/2014**

Event Type: **Motion Hearing (Civil)**   Notice Date: **11/12/2019**
Event Date: **11/22/2019**   Event Time: **12:00 PM**
Result:      Result Date:

**Judgment Information**

**MONEY JUDGMENT**
**ORIGINAL JUDGMENT**

Judgment Against: **BURLEY, UMAR (doc Id 562249)**
Judgment in Favor of: **Johnson, Shirley**
                     **Davis, Delores**
                     **Cox, Mary Alice**
                     **Davis, Gloria A**
                     **Davis, Leroy**
                     **Davis, Elbert Lee Sr**
                     **Cain, Arthur**
                     **Cain, Albert**
                     **Davis, Elbert Jr**
                     **To The Use Of Gail S. Davis,**

| | | | |
|---|---|---|---|
| Judgment Entered Date: | **04/29/2014** | Other Fee: | **$0.00** |
| Amount of Judgment: | **1092.500.00** | Service Fee: | **$0.00** |
| PreJudgment Interest: | **$0.00** | Witness Fee: | **$0.00** |
| Appearance Fee: | **$0.00** | Attorney Fee: | **$0.00** |
| Filing Fee: | **$0.00** | Total Indexed Judgment: | **1092.500.00** |
| Comments: | **Costs are assessed against Pltffs Shirley Johnson, et al** | | |

**JUDGMENT MODIFICATIONS**

Against: **BURLEY, UMAR (doc Id 562249)**
For: **Johnson, Shirley , et al**
Judgment Entered Date: **04/29/2014**      Amount: **1092.500.00**
Status Date: **12/22/2020**         Status: **SATISFIED**
Comments: **Costs are assessed against Pltffs Shirley Johnson, et al**

Against: **Omar Burley Western Correctional Institution**
For: **Johnson, Shirley , et al**
Judgment Entered Date: **04/29/2014**      Amount: **1092.500.00**
Status Date: **12/22/2020**         Status: **SATISFIED**
Comments: **Costs are assessed against Pltffs Shirley Johnson, et al**

## Related Persons Information

*(Each Related person is displayed below)*

**Party Type: Garnishee    Party No.: 1**
Business or Organization Name: **Brown, Goldstein & Levy, LLC**
Address: **Serve On: Sharon Krevor-Weistaum, Esq.**
City: **Baltimore**    State: **MD**    Zip Code: **21201**

---

**Party Type: Intervenor    Party No.: 1**
Name: **Davis, Gail**

---

**Party Type: Cross Defendant    Party No.: 7**
Name: **Davis, Jr, Elbert Lee**

*Attorney(s) for the Related Persons*

Name:              **Azrael, Esq, Jonathan A**
Practice Name: **Azrael, Franz, Schwab & Lipowitz, LLC**
Address:           **101 East Chesapeake Ave**
                          **5th Floor**
City:                **Towson**   State: **MD**   Zip Code: **21286**

---

**Party Type: Cross Defendant    Party No.: 2**
Name: **Johnson, Shirley**

*Attorney(s) for the Related Persons*

Name:              **Azrael, Esq, Jonathan A**
Practice Name: **Azrael, Franz, Schwab & Lipowitz, LLC**
Address:           **101 East Chesapeake Ave**
                          **5th Floor**
City:                **Towson**   State: **MD**   Zip Code: **21286**

---

**Party Type: Cross Defendant    Party No.: 3**
Name: **Davis, Delores**

*Attorney(s) for the Related Persons*

Name:              **Azrael, Esq, Jonathan A**
Practice Name: **Azrael, Franz, Schwab & Lipowitz, LLC**
Address:           **101 East Chesapeake Ave**
                          **5th Floor**
City:                **Towson**   State: **MD**   Zip Code: **21286**

---

**Party Type: Cross Defendant    Party No.: 4**
Name: **Cox, Maryalice**

*Attorney(s) for the Related Persons*

Name:              **Azrael, Esq, Jonathan A**
Practice Name: **Azrael, Franz, Schwab & Lipowitz, LLC**
Address:           **101 East Chesapeake Ave**
                          **5th Floor**
City:                **Towson**   State: **MD**   Zip Code: **21286**

---

**Party Type: Cross Defendant    Party No.: 5**
Name: **Davis, Gloria A**

*Attorney(s) for the Related Persons*

Name:              **Azrael, Esq, Jonathan A**
Practice Name: **Azrael, Franz, Schwab & Lipowitz, LLC**
Address:           **101 East Chesapeake Ave**
                          **5th Floor**

City: **Towson**  State: **MD**  Zip Code: **21286**

Party Type: **Cross Defendant**  Party No.: **6**
Name: **Davis, Leroy**

*Attorney(s) for the Related Persons*

Name: **Azrael, Esq, Jonathan A**
Practice Name: **Azrael, Franz, Schwab & Lipowitz, LLC**
Address: **101 East Chesapeake Ave**
**5th Floor**
City: **Towson**  State: **MD**  Zip Code: **21286**

Party Type: **Cross Defendant**  Party No.: **8**
Name: **Cain, Arthur**

*Attorney(s) for the Related Persons*

Name: **Azrael, Esq, Jonathan A**
Practice Name: **Azrael, Franz, Schwab & Lipowitz, LLC**
Address: **101 East Chesapeake Ave**
**5th Floor**
City: **Towson**  State: **MD**  Zip Code: **21286**

Party Type: **Cross Defendant**  Party No.: **9**
Name: **Cain, Albert**

*Attorney(s) for the Related Persons*

Name: **Azrael, Esq, Jonathan A**
Practice Name: **Azrael, Franz, Schwab & Lipowitz, LLC**
Address: **101 East Chesapeake Ave**
**5th Floor**
City: **Towson**  State: **MD**  Zip Code: **21286**

Party Type: **Cross Defendant**  Party No.: **10**
Name: **Davis, Jr, Elbert**

*Attorney(s) for the Related Persons*

Name: **Azrael, Esq, Jonathan A**
Practice Name: **Azrael, Franz, Schwab & Lipowitz, LLC**
Address: **101 East Chesapeake Ave**
**5th Floor**
City: **Towson**  State: **MD**  Zip Code: **21286**

Party Type: **Cross Defendant**  Party No.: **11**
Name: **Davis, Gail S**

Party Type: **Cross Defendant**  Party No.: **1**
Name: **Burley, Umar**
Address: **Western Correctional Ins**
City: **Cumberland**  State: **MD**  Zip Code: **21502**
Address: **C/O Steven D. Silverman, Esq.**
City: **Baltimore**  State: **MD**  Zip Code: **21201**
Address: **1722 Aberdeen Road, Apt. 2**
City: **Baltimore**  State: **MD**  Zip Code: **21234**

*Attorney(s) for the Related Persons*

Name: **Silverman, Esq, Steven**
Practice Name: **Silverman, Thompson, Slutkin, White LLC**
Address: **201 N. Charles Street**
**Suite 2600**

| | | | | |
|---|---|---|---|---|
| City: | Baltimore | State: MD | Zip Code: 21201 | |
| Name: | Sinclair, Esq, William N | | | |
| Practice Name: | Silverman Thompson Slutkin & White LLC | | | |
| Address: | 201 N. Charles Street | | | |
| | Suite 2600 | | | |
| City: | Baltimore | State: MD | Zip Code: 21201 | |

**Party Type:** Cross Plaintiff   **Party No.:** 1
**Business or Organization Name:** Nationwide Mutual Insurance Company

*Attorney(s) for the Related Persons*

| | | | | |
|---|---|---|---|---|
| Name: | Grant, Esq, Alex M | | | |
| Practice Name: | | | | |
| Address: | 1302 ConCourse Drive | | | |
| | Suite 300 | | | |
| City: | Linthicum Heights | State: MD | Zip Code: 21090 | |

**Document Tracking**

*(Each Document listed. Documents are listed in Document No./Sequence No. order)*

**Doc No./Seq No.:** 1/0
**File Date:** 04/11/2013   **Entered Date:** 04/15/2013   **Decision:**
**Party Type:** Plaintiff   **Party No.:** 2
**Document Name:** Complaint
Filed by PLT002-Davis, PLT001-Johnson, PLT003-Cox, PLT004-Davis, PLT005-Davis, PLT006-Davis, PLT007-Cain, PLT008-Cain, PLT009-Davis, PLT010-To The Use Of Gail S. Davis

**Doc No./Seq No.:** 1/1
**File Date:** 06/03/2013   **Entered Date:** 06/06/2013   **Decision:**
**Party Type:** Defendant   **Party No.:** 2
**Document Name:** Answer to Complaint

**Doc No./Seq No.:** 2/0
**File Date:** 04/11/2013   **Entered Date:** 04/15/2013   **Decision:**
**Document Name:** Notice to Gail S. Davis

**Doc No./Seq No.:** 3/0
**File Date:** 05/16/2013   **Entered Date:** 05/17/2013   **Decision:**
**Party Type:** Defendant   **Party No.:** 1
**Document Name:** Affidavit of Service - Served
WRIT OF SUMMONS (Private Process) served 05/13/13

**Doc No./Seq No.:** 4/0
**File Date:** 06/03/2013   **Entered Date:** 06/05/2013   **Decision:**
**Party Type:** Intervenor   **Party No.:** 1
**Document Name:** Motion to Intervene

**Doc No./Seq No.:** 4/1
**File Date:** 08/09/2013   **Entered Date:** 08/12/2013   **Decision:**
**Party Type:** Plaintiff   **Party No.:** 1
**Document Name:** Response to Motion to intervene
Filed by PLT001-Johnson, PLT002-Davis, PLT003-Cox, PLT004-Davis, PLT005-Davis, PLT006-Davis, PLT007-Cain, PLT008-Cain, PLT009-Davis

**Doc No./Seq No.:** 5/0
**File Date:** 06/03/2013   **Entered Date:** 06/07/2013   **Decision:**

| | |
|---|---|
| Party Type: | **Cross Plaintiff**　Party No.: **1** |
| Document Name: | **Cross Claim Against Umar Burley** |

| | |
|---|---|
| Doc No./Seq No.: | **6/0** |
| File Date: | **06/03/2013**　Entered Date: **06/07/2013**　Decision: |
| Party Type: | **Defendant**　Party No.: **2** |
| Document Name: | **Certificate Regarding Discovery** |

| | |
|---|---|
| Doc No./Seq No.: | **7/0** |
| File Date: | **06/10/2013**　Entered Date: **06/10/2013**　Decision: |
| Document Name: | **Standard Short Track Scheduling Order Se** |

| | |
|---|---|
| Doc No./Seq No.: | **8/0** |
| File Date: | **07/10/2013**　Entered Date: **07/11/2013**　Decision: **Denied** |
| Party Type: | **Plaintiff**　Party No.: **1** |
| Document Name: | **Motion For Order of Default Against Umar Burley With Proposed Order** |
| | Filed by PLT001-Johnson, PLT002-Davis, PLT003-Cox, PLT004-Davis, PLT005-Davis, PLT006-Davis, PLT007-Cain, PLT008-Cain, PLT009-Davis |

| | |
|---|---|
| Doc No./Seq No.: | **8/1** |
| File Date: | **08/01/2013**　Entered Date: **08/01/2013**　Decision: |
| Document Name: | **Order of Court** |
| | It is this 30th day of July 2013, ORdered that the motion is denied Peters, J |

| | |
|---|---|
| Doc No./Seq No.: | **8/2** |
| File Date: | **08/01/2013**　Entered Date: **08/01/2013**　Decision: |
| Document Name: | **Copies Mailed** |

| | |
|---|---|
| Doc No./Seq No.: | **9/0** |
| File Date: | **07/16/2013**　Entered Date: **07/16/2013**　Decision: |
| Document Name: | **Batch Hearing Notice Sent** |
| | Event: PTC Block Date: 12/10/13 Facility: 511PARTIES : BURLEY, UMAR Division Of Correction 6776 Reisterstown Road, Ste 310, Baltimore, MD, 21215Grant, Alex 1302 Concourse Drive Suite 300, Linthicum, MD, 21090Davis, Gail , , , Azrael, Jonathan 101 East Chesapeake Ave 5th Floor, Towson, MD, 21286Burley, Umar Western Correctional Ins 13800 Mcmullen Hwy SW, Cumberland, MD, 21502 |

| | |
|---|---|
| Doc No./Seq No.: | **10/0** |
| File Date: | **08/12/2013**　Entered Date: **08/13/2013**　Decision: |
| Party Type: | **Plaintiff**　Party No.: **1** |
| Document Name: | **Notice of Service of Discovery Material** |
| | Filed by PLT001-Johnson, PLT003-Cox, PLT004-Davis, PLT007-Cain, PLT008-Cain, PLT006-Davis |

| | |
|---|---|
| Doc No./Seq No.: | **11/0** |
| File Date: | **08/12/2013**　Entered Date: **08/13/2013**　Decision: **Granted** |
| Party Type: | **Plaintiff**　Party No.: **1** |
| Document Name: | **Amended Motion for Order of Default against Deft Umar Burley** |
| | Filed by PLT001-Johnson, PLT002-Davis, PLT003-Cox, PLT004-Davis, PLT005-Davis, PLT006-Davis, PLT007-Cain, PLT008-Cain, PLT009-Davis |

| | |
|---|---|
| Doc No./Seq No.: | **11/1** |
| File Date: | **09/04/2013**　Entered Date: **09/04/2013**　Decision: |
| Document Name: | **Order of Default** |
| | Ordered an order of default is entered against defendant Umar Barley. Judge Peters |

| | |
|---|---|
| Doc No./Seq No.: | **11/2** |
| File Date: | **09/04/2013**   Entered Date: **09/04/2013**   Decision: |
| Document Name: | **Copies Mailed** |

| | |
|---|---|
| Doc No./Seq No.: | **12/0** |
| File Date: | **09/04/2013**   Entered Date: **09/04/2013**   Decision: |
| Document Name: | **Notice of Default Order Sent** |

| | |
|---|---|
| Doc No./Seq No.: | **13/0** |
| File Date: | **09/30/2013**   Entered Date: **10/09/2013**   Decision: **Granted** |
| Party Type: | **Defendant**   Party No.: **2** |
| Document Name: | **Cross Claim for Interpleader** |

| | |
|---|---|
| Doc No./Seq No.: | **13/1** |
| File Date: | **10/08/2013**   Entered Date: **10/11/2013**   Decision: |
| Party Type: | **Cross Defendant**   Party No.: **2** |
| Document Name: | **Answer To Cross-Claim For Interpleader** |
| | Filed by XDE002-Johnson, XDE003-Davis, XDE004-Cox, XDE005-Davis, XDE006-Davis, XDE007-Davis, Jr, XDE008-Cain, XDE009-Cain, XDE010-Davis, Jr |

| | |
|---|---|
| Doc No./Seq No.: | **13/2** |
| File Date: | **01/13/2014**   Entered Date: **01/13/2014**   Decision: |
| Document Name: | **Order of Court** |
| | ORDERED that Deft/Cross Pltff nationwide Mutual Ins. Co is directed to deposit the policy limits of $100,000 into the Registry of Court; etc, Fletcher-Hill J |

| | |
|---|---|
| Doc No./Seq No.: | **13/3** |
| File Date: | **01/13/2014**   Entered Date: **01/13/2014**   Decision: |
| Document Name: | **Copies Mailed** |

| | |
|---|---|
| Doc No./Seq No.: | **14/0** |
| File Date: | **10/11/2013**   Entered Date: **10/11/2013**   Decision: |
| Document Name: | **Reminder Notice Sent** |

| | |
|---|---|
| Doc No./Seq No.: | **15/0** |
| File Date: | **10/30/2013**   Entered Date: **11/13/2013**   Decision: |
| Document Name: | **Writ of Habeas Corpus Ad Testificandum** |

| | |
|---|---|
| Doc No./Seq No.: | **16/0** |
| File Date: | **12/30/2013**   Entered Date: **01/08/2014**   Decision: |
| Party Type: | **Defendant**   Party No.: **1** |
| Document Name: | **Writ of Habeas Corpus Ad Testificandum(RED CARD)** |
| | 1/8/14 MAILED AND FAXED TO MD CORRECTIONAL TRANSPORTATION UNIT |

| | |
|---|---|
| Doc No./Seq No.: | **17/0** |
| File Date: | **01/06/2014**   Entered Date: **01/09/2014**   Decision: |
| Document Name: | **Motion to Adjudicate rights in relation to attorney's lien and request for hearing.** |

| | |
|---|---|
| Doc No./Seq No.: | **17/1** |
| File Date: | **01/06/2014**   Entered Date: **01/09/2014**   Decision: |
| Document Name: | **Request for Hearing on Selected Motion** |

| | |
|---|---|
| Doc No./Seq No.: | **18/0** |
| File Date: | **01/15/2014**   Entered Date: **01/15/2014**   Decision: **Granted** |
| Document Name: | **Open Court Proceeding** |

1/14/14 24-c-13-2083 Shirley Johnson et al vs Umar Burley.1/14/14 Parties waive jury trial for ct 1 and select court trial. J. Byrnes1/15/14 Judgement in favor of Plaintiffs Gail Davis, Shirley Johnson, Delores Davis, Mary cox, Gloria Davis,Leroy Davis, Albert Cain, Arthur Cain,Elbert Davis jr, and Elbert lee Davis. Costs to be paid by Same.

| | |
|---|---|
| Doc No./Seq No.: | **18/1** |
| File Date: | **01/29/2014**   Entered Date: **01/29/2014**   Decision: |
| Document Name: | **Order of Court** |

**ORDERED AND ADJUDGED THAT JUDGMENT IS GRANTED IN FAVOR OF ALL PLAINTIFFS AND AGAINST UMAR BURLEY IN THE SUM OF $1,092,500.OO. COSTS ARE ASSESSED AGAINST PLAINTIFF'S SHIRLEY J0HNSON, ETAL. (J. BYRNES)**

| | |
|---|---|
| Doc No./Seq No.: | **18/2** |
| File Date: | **01/29/2014**   Entered Date: **01/29/2014**   Decision: |
| Document Name: | **Copies Mailed** |

| | |
|---|---|
| Doc No./Seq No.: | **19/0** |
| File Date: | **02/03/2014**   Entered Date: **02/04/2014**   Decision: **Denied** |
| Party Type: | **Defendant**   Party No.: **1** |
| Document Name: | **Motion To Rescind Default Judgment** |

| | |
|---|---|
| Doc No./Seq No.: | **19/1** |
| File Date: | **05/01/2014**   Entered Date: **05/01/2014**   Decision: |
| Document Name: | **Memorandum Opinon Denying Motion to Rescind Judgment and Order of Court** |

| | |
|---|---|
| Doc No./Seq No.: | **19/2** |
| File Date: | **05/01/2014**   Entered Date: **05/01/2014**   Decision: |
| Document Name: | **Copies Mailed** |

| | |
|---|---|
| Doc No./Seq No.: | **20/0** |
| File Date: | **02/03/2014**   Entered Date: **02/04/2014**   Decision: **Denied** |
| Party Type: | **Defendant**   Party No.: **1** |
| Document Name: | **Notice of Filing of Case in Bankruptcy Stay** |

| | |
|---|---|
| Doc No./Seq No.: | **20/1** |
| File Date: | **02/10/2014**   Entered Date: **02/10/2014**   Decision: |
| Document Name: | **Order of Court** |

**It is by the Circuit Court For Baltimore City, this 5th day of February, 2014, hereby:ORDERED that Umar Burley's Notice Of Filing of Case in Bankruptcy Court (docket Entry#20000) shall be and is DENIED.(Handy,J)**

| | |
|---|---|
| Doc No./Seq No.: | **20/2** |
| File Date: | **02/10/2014**   Entered Date: **02/10/2014**   Decision: |
| Document Name: | **Copies Mailed** |

| | |
|---|---|
| Doc No./Seq No.: | **21/0** |
| File Date: | **02/06/2014**   Entered Date: **02/07/2014**   Decision: |
| Party Type: | **Plaintiff**   Party No.: **1** |
| Document Name: | **Certain Plaintiff's and Counsel's Petition to Withdraw Funds from Court Registry** |

Filed by PLT001-Johnson, PLT003-Cox, PLT006-Davis, PLT004-Davis, PLT007-Cain,

PLT008-Cain

| | |
|---|---|
| Doc No./Seq No.: | 22/0 |
| File Date: | 02/12/2014  Entered Date: 02/19/2014  Decision: |
| Party Type: | **Plaintiff**  Party No.: **1** |
| Document Name: | **Stipulation of Dismissal** |

| | |
|---|---|
| Doc No./Seq No.: | 23/0 |
| File Date: | 02/28/2014  Entered Date: 03/04/2014  Decision: **Granted** |
| Party Type: | **Plaintiff**  Party No.: **1** |
| Document Name: | **Certain Plaintiffs' and Counsel's Petition To Withdraw Funds From Court's Registry With Exhibits and Proposed Order:Filed by PLT001-Johnson, PLT009-Davis, PLT008-Cain, PLT006-Davis** |

| | |
|---|---|
| Doc No./Seq No.: | 23/1 |
| File Date: | 05/29/2014  Entered Date: 05/29/2014  Decision: |
| Document Name: | **Order of Court** |
| | ORDERED that the Clerk of Cour shall immediately pay from the Court's Registry the sum of $34,269.34 to Azrel, Franz, Schwab & Lipowitz, LLC in satisfaction of its Attorney Lien, etc, Byrnes J |

| | |
|---|---|
| Doc No./Seq No.: | 23/2 |
| File Date: | 05/29/2014  Entered Date: 05/29/2014  Decision: |
| Document Name: | **Copies Mailed** |

| | |
|---|---|
| Doc No./Seq No.: | 23/3 |
| File Date: | 06/03/2014  Entered Date: 06/03/2014  Decision: |
| Document Name: | **Order of Court** |
| | ORDERED that Pltff's Pro Se Petitoin to Withdraw Funds from the Court's Registry is GRANTED, Byrnes J |

| | |
|---|---|
| Doc No./Seq No.: | 23/4 |
| File Date: | 06/03/2014  Entered Date: 06/03/2014  Decision: |
| Document Name: | **Copies Mailed** |

| | |
|---|---|
| Doc No./Seq No.: | 24/0 |
| File Date: | 03/31/2014  Entered Date: 04/01/2014  Decision: |
| Document Name: | **Attempt to Expedite Disbursement of Funds being Held in Couurt Registry.** |

| | |
|---|---|
| Doc No./Seq No.: | 25/0 |
| File Date: | 04/29/2014  Entered Date: 04/29/2014  Decision: |
| Document Name: | **Judgment Indexed on 01/29/14** |

| | |
|---|---|
| Doc No./Seq No.: | 26/0 |
| File Date: | 04/29/2014  Entered Date: 04/29/2014  Decision: |
| Document Name: | **Notice of Recorded Judgment** |

| | |
|---|---|
| Doc No./Seq No.: | 27/0 |
| File Date: | 09/15/2014  Entered Date: 09/15/2014  Decision: |
| Document Name: | **Exhibits Destroyed** |

| | |
|---|---|
| Doc No./Seq No.: | 28/0 |
| File Date: | 07/29/2019  Entered Date: 07/29/2019  Decision: **Denied** |
| Party Type: | **Defendant**  Party No.: **1** |

| | |
|---|---|
| Document Name: | **MOTION TO VACATE DEFAULT JUDGMENT PURSUANT TO MD. RULE 2-535(b), MEMORANDUM,** |
| | **EXHIBITS AND REQUEST A HEARING (THIS PLEADING IS HOUSED IN A BLUE BINDER LABEL VOLUME #2)** |

| | |
|---|---|
| Doc No./Seq No.: | **28/1** |
| File Date: | **08/16/2019**  Entered Date: **08/19/2019**  Decision: |
| Party Type: | **Plaintiff**  Party No.: **1** |
| Document Name: | **Response to Defendant Umar Burley's Motion to Vacate Default Judgement** |
| | **Filed by PLT001-Johnson, PLT002-Davis, PLT003-Cox, PLT010-To The Use Of Gail S. Davis, PLT009-Davis, PLT008-Cain, PLT007-Cain, PLT006-Davis, PLT005-Davis, PLT004-Davis** |

| | |
|---|---|
| Doc No./Seq No.: | **28/2** |
| File Date: | **12/20/2019**  Entered Date: **12/27/2019**  Decision: |
| Document Name: | **Order of Court** |
| | **For reasons articulated on the record in open court the motion to vacate judgment(#28) is denied, and the clerk's office shall forward to counsel of record a true test copy of the instant order.Judge Jackson** |

| | |
|---|---|
| Doc No./Seq No.: | **28/3** |
| File Date: | **12/27/2019**  Entered Date: **12/27/2019**  Decision: |
| Document Name: | **Copies Mailed** |

| | |
|---|---|
| Doc No./Seq No.: | **28/4** |
| File Date: | **04/20/2020**  Entered Date: **04/20/2020**  Decision: |
| Document Name: | **Order of Court** |
| | **For reasons outlined in Plaintiff's response to Defendant's Motion to Vacate Judgment (#28/1), Defendant Umar Burley's Motion to Vacate Default Judgment (#28) is DENIED.Judge Jackson.** |

| | |
|---|---|
| Doc No./Seq No.: | **28/5** |
| File Date: | **04/20/2020**  Entered Date: **04/20/2020**  Decision: |
| Document Name: | **Copies Mailed** |

| | |
|---|---|
| Doc No./Seq No.: | **29/0** |
| File Date: | **06/29/2019**  Entered Date: **07/31/2019**  Decision: |
| Party Type: | **Defendant**  Party No.: **1** |
| Document Name: | **Attorney Appearance Filed** |
| | **Filed by DEF001-BURLEY, XDE001-Burley** |

| | |
|---|---|
| Doc No./Seq No.: | **30/0** |
| File Date: | **10/09/2019**  Entered Date: **10/09/2019**  Decision: |
| Document Name: | **Notice Motion Hearing Sent** |
| | **Event: MOTN Block Date: 11/22/19 Facility: 636PARTIES : Silverman, Steven 201 N. Charles Street Suite 2600, Baltimore, MD, 21201Sinclair, William 201 N. Charles Street Suite 2600, Baltimore, MD, 21201Grant, Alex 1302 ConCourse Drive Suite 300, Linthicum Heights, MD, 21090Azrael, Jonathan 101 East Chesapeake Ave 5th Floor, Towson, MD, 21286** |

| | |
|---|---|
| Doc No./Seq No.: | **31/0** |
| File Date: | **11/12/2019**  Entered Date: **11/12/2019**  Decision: |
| Document Name: | **Notice Motion Hearing Sent** |
| | **Event: MOTN Block Date: 11/22/19 Facility: 636PARTIES : Silverman, Steven 201 N. Charles Street Suite 2600, Baltimore, MD, 21201Sinclair, William 201 N. Charles Street Suite 2600, Baltimore, MD, 21201Grant, Alex 1302 ConCourse Drive Suite 300, Linthicum Heights, MD, 21090Azrael, Jonathan 101 East Chesapeake Ave 5th Floor, Towson, MD, 21286** |

| | |
|---|---|
| Doc No./Seq No.: | 32/0 |
| File Date: | 11/22/2019   Entered Date: 11/22/2019   Decision: |
| Document Name: | Open Court Proceeding |
| | 11-22-2019 Defendant's Motion to Vacate Judgement is hereby heard and DENIED (Jackson, J)11-22-2019 Order to be Filed (Jackson, J) |

| | |
|---|---|
| Doc No./Seq No.: | 33/0 |
| File Date: | 12/03/2019   Entered Date: 12/06/2019   Decision: |
| Party Type: | Defendant   Party No.: 1 |
| Document Name: | Notice of Appeal |

| | |
|---|---|
| Doc No./Seq No.: | 34/0 |
| File Date: | 01/08/2020   Entered Date: 01/08/2020   Decision: |
| Document Name: | Transcript of Testimony held before Hon. Philip S. Jackson |
| | Cost $116.25date November 22, 2019 |

| | |
|---|---|
| Doc No./Seq No.: | 35/0 |
| File Date: | 01/09/2020   Entered Date: 01/14/2020   Decision: |
| Document Name: | Order of COSA to Proceed |
| | No. 2040 september term 2019due date 3/06/20assign to j. fortune |

| | |
|---|---|
| Doc No./Seq No.: | 36/0 |
| File Date: | 01/24/2020   Entered Date: 01/27/2020   Decision: |
| Party Type: | Defendant   Party No.: 1 |
| Document Name: | Line Confirming Order of Transcript |

| | |
|---|---|
| Doc No./Seq No.: | 37/0 |
| File Date: | 03/04/2020   Entered Date: 03/04/2020   Decision: |
| Document Name: | Record on Appeal Forwarded to COSA |
| | Record forward to COSA via Fed Ex# 1 transcript, one red volume and one blue folder. # 8146-9262-3231. |

| | |
|---|---|
| Doc No./Seq No.: | 37/1 |
| File Date: | 03/04/2020   Entered Date: 03/04/2020   Decision: |
| Document Name: | Copies Mailed |

| | |
|---|---|
| Doc No./Seq No.: | 38/0 |
| File Date: | 03/13/2020   Entered Date: 03/17/2020   Decision: |
| Document Name: | Receipt of Record in COSA |

| | |
|---|---|
| Doc No./Seq No.: | 39/0 |
| File Date: | 10/29/2020   Entered Date: 11/10/2020   Decision: |
| Party Type: | Plaintiff   Party No.: 1 |
| Document Name: | Request for Issuance of Writ of Garnishment of Property Othen Than Wages-Rule |
| | 2-645 Filed by PLT001-Johnson, PLT002-Davis, PLT003-Cox, PLT010-To The Use Of Gail S. Davis, PLT009-Davis, PLT008-Cain, PLT007-Cain, PLT006-Davis, PLT005-Davis, PLT004-Davis |

| | |
|---|---|
| Doc No./Seq No.: | 40/0 |
| File Date: | 12/14/2020   Entered Date: 12/22/2020   Decision: |
| Party Type: | Plaintiff   Party No.: 1 |
| Document Name: | Notice of Satisfaction of Money Judgment (Against Umar Barley) |
| | Filed by PLT001-Johnson, PLT003-Cox, PLT002-Davis |

| | |
|---|---|
| Doc No./Seq No.: | 41/0 |

| | |
|---|---|
| File Date: | **12/22/2020**   Entered Date: **12/22/2020**   Decision: |
| Document Name: | **Notice of Modified Judgment** |

| | |
|---|---|
| Doc No./Seq No.: | **42/0** |
| File Date: | **12/22/2020**   Entered Date: **12/22/2020**   Decision: |
| Document Name: | **Notice of Modified Judgment** |

*This is an electronic case record. Full case information cannot be made available either because of legal restrictions on access to case records found in Maryland Rules, or because of the practical difficulties inherent in reducing a case record into an electronic format.*