# EXHIBIT C

Motion to Intervene

24-C-13-002083

Shirley Johnson,
daughter of Elbert Davis, Sr., deceased
8408 Downey Dale Drive
Randallstown, Maryland  21133

Delores Davis,
daughter of Elbert Davis, Sr., deceased
3601 Oakmont Avenue
Baltimore, Maryland  21215

Mary Alice Cox,
daughter of Elbert Davis, Sr., deceased
36 Championship Court
Owings Mills, Maryland  21117

Gloria A. Davis,
daughter of Elbert Davis, Sr., deceased
8408 Downey Dale Drive
Randallstown, Maryland  21133

Leroy Davis,
son of Elbert Davis, Sr., deceased
3601 Oakmont Avenue
Baltimore, Maryland  21215

Elbert Lee Davis, Sr.,
son of Elbert Davis, Sr., deceased
8103 Carlson Lane
Windsor Mill, Maryland  21244

Arthur Cain,
son of Elbert Davis, Sr., deceased
12 Jones Street
Boydton, Virginia  23917

Albert Cain,
son of Elbert Davis, Sr., deceased
8408 Downey Dale Drive
Randallstown, Maryland  21133

Elbert Davis, Jr.,
son of Elbert Davis, Sr., deceased
8408 Downey Dale Drive
Randallstown, Maryland  21133

**Plaintiffs**

RECEIVED
CIRCUIT COURT FOR
BALTIMORE CITY
2013 JUN -3  AM 10: 39
CIVIL DIVISION

On May 4, 2013 I was served with a notice. I am filing a written motion to intervene pursuant to Maryland Rules no later than §3-904(g) and §5-201(a) of the Courts Article (2) 30 days after being served with the complaint and this Notice if you reside in Maryland. Mrs. Shirley Johnson and Mr. Judson Lipowitz are both well aware that, I am the representative of the estate for my father, Mr. Elbert Davis Sr. Under Maryland law only one lawsuit can be filed against the defendant. However I will attend the court proceeding and represent myself to protect my interest and the interest of the estate regarding my insurance. Mr. Lipowitz was hired by me on behalf of the family to file a wrongful death lawsuit against the defendant Burley, the Police Dept. and Agents. He had the case since June 18, 2010. I remained in contact with Mr. Lipowitz regarding our case and he never advised me that he was not going to file the wrongful death lawsuit against all parties involved. Mr. Lipowitz stated, when the criminal case was over he would file the wrongful death lawsuit against all parties involved. However that never occurred. There have been many inconsistencies as to whom Mr. Lipowitz is representing and who he will file a lawsuit against. Since Mr. Lipowitz was rehired by Mrs. Shirley Johnson after he, refused to handle the case properly and file the claims against all parties as we advised him to do, when he was hired on June 18, 2010. Mrs. Shirley Johnson should bare sole responsibility for his legal fees.

On January 18, 2013 my mother, Mrs. Phosa Cain and I went to see Mr. Lipowitz in reference to the case. Mr. Lipowitz stated that he was not filing a lawsuit against anyone and I can't make him file a law suit against anybody. I advised Mr. Lipowitz that, he was hired to file the wrongful death lawsuit on June 18, 2010 and if he was not prepared to file the lawsuit, he should have notified me of his decision to abandon the lawsuit. On February 4, 2013. Mr. Lipowitz sent a letter clearly stating that he was not suing the Defendant Burley, Police Dept. or the Agents. Which left no time to find another lawyer. I made several attempts to find another lawyer, however they were unable to take the case with such short notice. When I finally found someone to pursue the case, Mr. Lipowitz after stating, that he was not suing anybody, had the others sign a form stating they were not suing anyone, when he realized myself Mr. Leroy Davis, Miss Delores

Davis and Mr. Elbert Lee Davis Sr. were searching for a lawyer to file our claim against all parties involved, as we advised Mr. Lipowitz to do, he fraudulently added their names to this lawsuit without their consent. Mr. Lipowitz is in violation of Maryland Rule 15-1001 (b) Required  plaintiffs. All persons who are or may be entitled by law to claim damages by reason of the wrongful death shall be named as plaintiffs whether or not they join in the action. The words "to the use of" shall precede the name of any person named as a plaintiff who does not join in the action.  Mr. Lipowitz then filed this lawsuit, which damaged our chances of getting another lawyer because the new lawyer did not want to deal with another lawyer's lawsuit.

Mr. Lipowitz was advised that I had filed a claim with my insurance company in May of 2010, before he was hired in June of 2010 and I was already advised, that the case was going to settle for 100,000.00. However, Mr. Lipowitz was hired to file a wrongful death claim against all parties involved in the high speed chase, that resulted in a car crash that killed my father, and since he has failed to file the lawsuit against all parties involved, he was not entitled to a fee because he breach the contract. That is the only reason he filed part of the lawsuit. However Mr. Lipowitz is still in breach of the contract he was entrusted to complete, when he was hired on June 18, 2010. As of this date and time a lawsuit against all parties involved has not been filed.

Mr. Lipowitz has no basis to sue Nationwide Mutual Insurance Company for breach of contract, they do not have a contract with Mr. Lipowitz. I entered into an agreement with Nationwide for automobile insurance and pay a monthly premium as a policy holder for 11 years, under policy number 52 19E079854. Mr. Lipowitz is merely attempting to be compensated for work he did not perform. Mr. Lipowitz did not leave me in any better condition, three years later then when I hired him on June 18, 2010. I am requesting that Mr. Lipowitz claim to the insurance settlement be denied and the proceeds be sent to the Estate Of Mr. Elbert Davis Sr. or be  relinquished in the amount of $100,000.00  to the Circuit Court of Baltimore City to  determine appropriate allocation. I would like to reserve the right to have other documents introduced into evidence to further

2/8/13


To: Azrael Gann+Fran Attorneys At Law

Attention: Judson Lipowittz


On June 18th, 2010 you were hired by the family to file a wrongful death claim {law suit} against Umar Burley, the Baltimore City Police Department and agents. Due to a high speed chase in the 4700 block of Belle Ave. which caused a fatal crash. You were hired to file a wrongful death law suit. At this time you have failed to complete your contract with regards to filing the law suit that you were entrusted to complete before the statute of limitations resolve. No one advised you to let the limitation expire nor did anyone tell you that we wish to dismiss our civil claim against any parties involved.

On January 18th, 2013 my mother and I spoke with you at your office in reference to your decision to dismiss the claim. At that time I advised you that the claim should have been filed, as you stated it would be once the criminal trial was concluded. If you did not wish to proceed you should have notified me of your decision to breach the contract, so I could search for another lawyer, capable of handling my case. I then advised you that you had the case for almost three years and now you decide you no longer wish to pursue the wrongful death civil suit. Your response was that I, Gail Davis can't make you sue anybody.

 However when I hired you as the attorney to file the wrongful death civil suit; on our behalf I did not know I had to make you sue. I thought that was your job. I entrusted that you knew how to handle this type of case since you stated, you teach seminars on wrongful death cases. You are the expert you should have known long before February 4th, 2013 that you did not wish to represent the family in the wrongful death law suit. We do not wish to have you as our attorney. Due to your breach of contract in filing the law suit we owe you nothing because you did nothing.

Send all documents pertaining to the case that was issued to you.


Gail Davis/ Personal Representative of Mr. Elbert Davis Sr. Estate

support my case, when it comes to court. I respectfully, report that I was unable to get them before my filing date.

RESPECTFULLY, SUBMITTED

Gail S. Davis

Personal Representative of the Estate of Mr. Elbert Davis Sr.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the ___3rd.___ day of ___June___, 20_13_, a copy of the foregoing was mailed first class postage paid and/or hand-delivered to the attorney for all parties or if the party is not represented by an attorney, to the party at the address(es) listed below:

Azrael, Franz, Schwab & Lipowitz LLC

101 E. Chesapeake Ave. Fifth Floor

Towson, Maryland 21286

_____

Date: _6/3/13_

Signature: _____

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the _3rd._ day of _June, 2013_, a copy of the foregoing was mailed first class postage paid and or hand-delivered to the attorney for all parties or if the party is not represented by an attorney, to the party at the address(es) listed below:

Nationwide Mutual Insurance Company
Therese M. Goldsmith, Insurance Commissioner
200 St. Paul Place, Suite 2700
Baltimore, MD. 21202

_6/3/13_
Date

Signature

SHIRLEY JOHNSON, et al.          *        IN THE

    Plaintiffs                      *        CIRCUIT COURT

v.                                         *        FOR

UMAR BURLEY, et al.                *        BALTIMORE CITY

    Defendants                     *        CASE NO.: 24-C-13-002083

  *    *    *    *    *    *    *

NATIONWIDE MUTUAL INSURANCE        *
COMPANY
                                            *

    Defendant/Cross Plaintiff       *

v.                                         *

SHIRLEY JOHNSON, et al.            *

    Cross Defendants               *
  *    *    *    *    *    *    *    *    *    *    *

## *AGREED* **VERDICT SHEET**

    Upon consideration of the evidence presented at trial, it is, this *15* day of January, 2014, by the Circuit Court for Baltimore City

    **ORDERED** that Judgment is hereby entered in favor of the Plaintiffs and Use-Plaintiff against Defendant Umar Burley in the amount of $ *1,092,500*; and it is further

    **ORDERED** that the amount of the aforesaid Judgment allocated to the Estate of Elbert Davis, Sr. is $5,000; and it is further

    **ORDERED** that the balance of the aforesaid Judgment ($ *1,087,500*) is apportioned among the Plaintiffs and Use-Plaintiff by percentages as follows:

| | |
|---|---|
| Gail Davis | *10* % |
| Shirley Johnson | *10* % |
| Delores Davis | *10* % |
| Mary Cox | *10* % |
| Gloria Davis | *10* % |
| Leroy Davis | *10* % |
| Albert Cain | *10* % |
| Arthur Cain | *10* % |

Elbert Davis, Jr.                                      *10%*
Elbert Lee Davis                                       *10%*

And, it is further

**ORDERED** that the Attorney's Lien chargeable against any recovery of the aforesaid Judgment, including the $100,000.00 sum paid into the Court's Registry by Defendant, Nationwide Mutual Insurance Company, is in the amount of $ *34,269.34* representing attorney's fees of $ *33,333.33* and costs advanced of $ *936.01*; and it is further

**ORDERED** that the Clerk of Court shall pay from the funds held in its Registry the total sum of $ *34,269.34* to Azrael, Franz, Schwab & Lipowitz, LLC in satisfaction of its Attorney's Lien and the balance to the Plaintiffs, Use-Plaintiff and Estate as follows:

| | |
|---|---|
| Estate of Elbert Davis, Sr. | $ *5,000.00* |
| Gail Davis | *6,073.06* |
| Shirley Johnson | *6,073.06* |
| Delores Davis | *6,073.06* |
| Mary Cox | *6,073.06* |
| Gloria Davis | *6,073.06* |
| Leroy Davis | *6,073.06* |
| Albert Cain | *6,073.06* |
| Arthur Cain | *6,073.06* |
| Elbert Davis, Jr. | *6,073.06* |
| Elbert Lee Davis | *6,073.12* |

*Total) $ 100,000.00*

The Judge's signature appears
~~on the original document.~~