# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **SHIRLEY JOHNSON,** *et al.* | * | |
| *Plaintiffs* | * | |
| v. | * | **Civil Action No. 1:18-cv-02375-ELH** |
| | * | |
| **BALTIMORE POLICE DEPARTMENT,** *et al.* | * | |
| *Defendants* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## REQUEST FOR SCHEDULING CONFERENCE

Plaintiffs, by their undersigned attorneys, request this Court to set a Scheduling Conference to revisit and revise the Scheduling Order in the above-captioned case. In support of this request, Plaintiffs state as follows:

1. On or about November 9, 2020, the Court entered a Scheduling Order in this case which is now outdated.

2. On December 16, 2020, the Personal Representative of the Estate of Elbert Davis propounded Interrogatories and Requests for Production of Documents on counsel for Baltimore Police Department ("BPD").

3. On December 21, 2020, the Personal Representative of the Estate of Elbert Davis propounded Interrogatories and Requests for Production of Documents on counsel for Wayne Jenkins.

4. On December 24, 2020, Plaintiff, Shirley Johnson, Personal Representative for the Estate of Phosa Cain propounded its First Set of Requests for Production of Documents on BPD.

5. On December 24, 2020, the Personal Representative of the Estate of Phosa Cain propounded Interrogatories on counsel for Wayne Jenkins.

6. On January 8, 2021, Plaintiffs filed a Fourth Amended Complaint to amend Plaintiffs' claims asserted under Count III to include specific deficiencies in training by BPD.

7. On February 22, 2021, Defendants filed a Motion to Dismiss Plaintiffs' Fourth Amended Complaint.

8. By Order dated March 10, 2021, the Court stayed discovery pending a decision on Defendants' Motions to Dismiss.

9. By Order issued on April 26, 2020, the Court granted in part and denied in part Defendants' Motions to Dismiss. The Court Dismissed the Plaintiffs' wrongful death claims, but allowed the Estate's claims to proceed against Defendants in accordance with its rulings.

10. On May 10, 2021, Defendants filed Answers to Plaintiffs' Fourth Amended Complaint.

11. Neither the BPD nor Wayne Jenkins has propounded discovery responses or produced any documents to Plaintiffs.

12. Plaintiffs need to start the discovery process, including obtaining responses from Defendants to Interrogatories and Requests for Production of Documents propounded in December of 2020.

13. Plaintiffs also need to schedule depositions of both party and non-party fact witnesses, including Umar Burley, Brent Matthews, Wayne Jenkins and others.

14. Plaintiffs request the Court to schedule a conference be held promptly to address the scheduling of discovery and pretrial proceedings in this case.

15. Plaintiffs request this Court to issue a new Scheduling Order.

16. Plaintiffs also request an order requiring Wayne Jenkins and BPD to propound responses to Plaintiffs' Interrogatories and Requests for Production of Documents, including the production of all responsive documents no later than May 25, 2021.

WHEREFORE, for the foregoing reasons, Plaintiffs request a Scheduling Conference for the purpose of scheduling discovery and pretrial proceedings and request a new Scheduling Order.

Respectfully submitted,

/s/
Jonathan A. Azrael (Bar No. 01630)
jazrael@azraelfranz.com
Judson Lipowitz (Bar No. 05138)
jlipowitz@azraelfranz.com
John R. Solter, Jr. (Bar No. 27483)
jsolter@azraelfranz.com
Azrael, Franz, Schwab & Lipowitz, LLC
101 E. Chesapeake Avenue, 5th Floor
Baltimore, Maryland 21286
410-821-6800
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on this 11th day of May, 2021, a copy of the foregoing Request for Scheduling Conference was electronically filed with the United States District Court for the District of Maryland and forwarded via the Court's electronic filing system to all counsel of record in the case.

                                            /s/
                                John R. Solter, Jr. (Bar No. 27483)